| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    American Consumers, Inc. d/b/a Shop-Rite Supermarkets

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    58-1033765

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **55 Hannah Way**<br>**Rossville, GA 30741**<br>Number, Street, City, State & ZIP Code | **PO Box 2328**<br>**Fort Oglethorpe, GA 30742**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Walker County**<br>County | **Location of principal assets, if different from principal place of business**<br>**Various Locations including stores in Tennessee, Alabama and Georgia**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    www.my-shoprite.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **American Consumers, Inc. d/b/a Shop-Rite Supermarkets** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **American Consumers, Inc. d/b/a Shop-Rite Supermarkets**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **American Consumers, Inc. d/b/a Shop-Rite Supermarkets**                Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 17, 2017**
              MM / DD / YYYY

X **/s/ Todd Richardson**                              **Todd Richardson**
  Signature of authorized representative of debtor       Printed name

  Title  **Chief Executive Officer, American Consumer, Inc.**

**18. Signature of attorney**

X **/s/ Harold L. North, Jr.**                         Date  **January 17, 2017**
  Signature of attorney for debtor                            MM / DD / YYYY

  **Harold L. North, Jr.**
  Printed name

  **Chambliss, Bahner & Stophel, P. C.**
  Firm name

  **Liberty Tower**
  **605 Chestnut Street, Ste. 1700**
  **Chattanooga, TN 37450**
  Number, Street, City, State & ZIP Code

  Contact phone  **423-756-3000**    Email address _____

  **(#7022)**
  Bar number and State

```
Alabama Department of Revenue      Campbell Distributing         Coca-Cola Bottling Co.
Collection Services Division       PO Box 2877                   PO Box 602937
PO Box 327820                      Lebanon, TN 37088-2877         Charlotte, NC 28260
Montgomery, AL 36132-7820


Alabama Department of Revenue      Capital One Cad Services       Coca Cola United
Sales and Use Tax Division         Customer Center                P.O. Box 11407
PO Box 327790                      PO Box 30259                   Drawer #2260
Montgomery, AL 36132               Salt Lake City, UT 84130-0256  Birmingham, AL 35246-226


Aljac, LLC                         Capital One Card Services      Comast
Franklin Street Management         Dept 9600                      PO Box 530098
600 N. Westshore Blvd              Carol Stream, IL 60128-1960    Atlanta, GA 30353-0098
Suite 600
Tampa, FL 33609


Ally                               Charter Communication          Cook's Pest Control, Inc
PO Box 9001948                     PO Box 742613                  PO Box 1127
Louisville, KY 40290-1951          Cincinnati, OH 45274-2613      Madison, AL 35758-5127


Ally                               Chickamauga Telephone          COS Business Products
PO Box 9001948                     P.O. Box 729                   PO Box 5188
Louisville, KY 40290-1951          Chickamauga, GA 30707-0729     Chattanooga, TN 37406


AT&T                               Chickamauga Utilities          Crown Produce
PO Box 22111                       P. O. Box 69                   3660 1/2 Ringgold Road
Tulsa, OK 74121-2111               Chickamauga, GA 30707          East Ridge, TN 37412


Bacon Products                     City of Dayton                 Dalton Utilities
Box 22187                          400 Main Street                PO Box 745147
Chattanooga, TN 37422-2187         P.O. Box 226                   Atlanta, GA 30374-5147
                                   Dayton, TN 37321


Barbara Hale                       City of LaFayette              DeLage Landen Financial
P.O. Box 10                        PO Box 89                      PO Box 41602
Jasper, TN 37347                   LaFayette, GA 30728            Philadelphia, PA 19101-1


Blue Bell Creameries, L.P.         City of Ringgold               Denny's Clean-A-Lot
P.O. Box 973601                    PO Box 579                     5924 County Rd 491
Dallas, TX 75397-3601              Ringgold, GA 30736             Stevenson, AL 35772


C. Christopher Carlton             Claxton Bakery                 Dorma USA, Inc
4199 Cloud Spring Road             203 W. Main Street             PO Box 896542
Ringgold, GA 30736                 PO Box 367                     Charlotte, NC 28289-6542
                                   Clazton, GA 30417
```

| | | |
|---|---|---|
| Dr. Peppers Bottling Co.<br>PO Box 819<br>McMinnville, TN 37111-0819 | Gas South<br>PO Box 530552<br>Atlanta, GA 30353-0552 | Mahoning Valley District<br>2556 Rush Blvd<br>Youngstown, OH 44507 |
| Earthgrains Baking Co.<br>P.O. Box 842437<br>Boston, MA 02284-2437 | Georgia Department of Revenue<br>Taxpayer Services Div<br>PO Box 740321<br>Atlanta, GA 30374-0321 | Marion Co. Newspapers<br>PO Box 765<br>South Pittsburg, TN 3738 |
| Ed's Supply Company, Inc.<br>PO Box 91528<br>Chattanooga, TN 37412 | Georgia Natural Gas<br>P.O. Box 105445<br>Atlanta, GA 30348-5445 | Matador Distributing, LL<br>P.O. Box 301754<br>Dallas, TX 75303-1754 |
| Electric Power Board<br>P. O. Box 182255<br>Chattanooga, TN 37422-7255 | Georgia Power Co.<br>96 Annex<br>Atlanta, GA 30396 | Mauldin & Jenkins<br>Market Court, Suite 300<br>537 Market Street<br>Chattanooga, TN 37402-12 |
| EMS, Inc.<br>1892 McFarland Ave<br>Rossville, GA 30741 | Golden Flake Snack Foods<br>P.O. Box 830529<br>MSC 651<br>Birmingham, AL 35283 | Mayfield Dairy Farms<br>P.O. Box 933321<br>Atlanta, GA 31193-3321 |
| Ensign Florist<br>1300 South Crest Road<br>Rossville, GA 30741 | Hall Industrial Chemical, Inc<br>PO Box 220<br>Tunnel Hill, GA 30755 | McKee Baking Co.<br>PO Box 2118<br>Collegedale, TN 37315-21 |
| Firebrand Apparel Group<br>1800 Montreal Ct, Suite D<br>Tucker, GA 30084 | Internal Revenue Services<br>Certralized Insolvency Operat<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MDS Cards, INc<br>1025 Spring View Lane<br>Chattanooga, TN 37421 |
| Flowers Banking Co.<br>PO Box 101030<br>Atlanta, GA 30392 | Krispy Kreme Doughnut CO.<br>P.O. Box 752046<br>Charlotte, NC 28275-2046 | Middle TN Natural Gas Co<br>PO Box 720<br>Smithville, TN 37166-072 |
| Flowers Banking Co.<br>PO Box 100817<br>Atlanta, GA 30384 | Lewis Brothers Bakeries<br>1957 Momentum Place<br>Chicago, IL 60689-5319 | Mike Wright<br>500 West 12th Street<br>Chickamauga, GA 30707 |
| Frito Lay, Inc.<br>75 Remittance Drive<br>Chicago, IL 60675-1217 | Lookout Pest Control<br>POBox 5408<br>Fort Oglethorpe, GA 30742 | Mitchell Grocery Corpora<br>550 Railroad Avenue<br>Albertville, AL 35950 |

```
Murfreesboro Pure Milk Co        Rome News-Media                  Stevenson Shopping Plaza
P.O. Box 1526                    P.O. Box 1448                    P.O. Box 546
Murfreesboro, TN 37133           Marietta, GA 30061               Stevenson, AL 35772


Night Talk                       Rug Doctor, Inc.                 Stevenson Utilities
PO Box 5601                      PO Box 849958                    42274 US Highway 72
Fort Oglethorpe, GA 30742        Dallas, TX 75284-9958            Stevenson, AL 35772


North Alabama Electric Co        Sequatchie Valley Electric Company  Sunbelt Insurance Group
PO Box 628                       P.O. Box 31                      PO Box 22547
Stevenson, AL 35772              South Pittsburg, TN 37380        Chattanooga, TN 37422


North GA Electirc Mem. Co.       Seven Up Bottling Company        Sunset Cleaning Services
SEDC                             P.O. Box 504547                  PO BOx 9719
PO Box 530812                    St. Louis, MO 63150-4547         Chattanooga, TN 37412
Atlanta, GA 30353-0812


North Georgia Newspaper          Snyders-Lance                    Teems Electrict Co.
PO Box 1167                      P.O. Box 62814                   PO Box 1008
Dalton, GA 30720                 Baltimore, MD 21264-2814         Ringgold, GA 30736


North Jackson Progress           South Central Sound              Tennessee Department of R
Drawer 625                       PO Box 633498                    Bankrupty Unit
Stevenson, AL 35772              Cincinnati, OH 45263-3498        c/o Attorney General
                                                                  PO Box 20207
                                                                  Nashville, TN 37202


R & M Joint Venture, LLC         South Texas Business Syst        Tennessee Valley Ice Com
P.O. Box 429                     204 E Nakoma                     4116 South Creek Road
Ringgold, GA 30736               San Antonio, TX 78216            Chattanooga, TN 37406


Republic Services                Southeasten Communication        The Herald News
PO Box 9001099                   3849 Cleveland Hwy               Rhea County Shopper
Louisville, KY 40290-1099        Dalton, GA 30721                 PO Box 286
                                                                  Dayton, TN 37321


Richland Park Corporation        Squee-Kee Kleen                  Thomason Eggs
260 16th Avenue                  PO Box 101                       PO Box 214
Suite 71                         Dayton, TN 37321                 Calhoun, GA 30703-0214
Dayton, TN 37321


Ringgold Telephone Co.           Stalmic Distributors             Town of Jasper Water andS
PO Box 869                       PO Box 177                       4460 Main Street
Ringgold, GA 30736               Townsend, GA 31331               Jasper, TN 37347
```

Tri County Beverage
PO Box 668
Scottsboro, AL 35768


Tunnel Properties, LLC
P.O. Box 490
Tunnel Hill, GA 30755


UCTV -3
PO Box 2213
Fort Oglethorpe, GA 30742


Unifirst Corporation Loc.
P.O. Box 730
Rossville, GA 30741


United Refrigeration, Inc.
PO Box 740703
Atlanta, GA 30374-0703


US Bank Equipment Finance
1310 Madrid Street
Marshall,, MN 56258


US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Verizon Wireless
PO Box 4001
Acworth, GA 30101


Walker County Water and Sewer
PO Box 248
Flinstone, GA 30725