Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **American Consumers, Inc. d/b/a Shop-Rite Supermarkets** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mitchell Grocery Corporation 550 Railroad Avenue Albertville, AL 35950 | | | | | | $3,725,854.00 |
| Coca Cola United P.O. Box 11407 Drawer #2260 Birmingham, AL 35246-2260 | | | | | | $97,587.96 |
| Mayfield Dairy Farms P.O. Box 933321 Atlanta, GA 31193-3321 | | | | | | $43,138.46 |
| Frito Lay, Inc. 75 Remittance Drive Chicago, IL 60675-1217 | | | | | | $43,045.84 |
| Earthgrains Baking Co. P.O. Box 842437 Boston, MA 02284-2437 | | | | | | $23,619.12 |
| North Alabama Electric Co PO Box 628 Stevenson, AL 35772 | | Utilities- Stevenson, AL | | | | $12,900.93 |
| Lewis Brothers Bakeries 1957 Momentum Place Chicago, IL 60689-5319 | | | | | | $8,412.24 |

| | | |
|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 1 |
| Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

Main Document    Page 2 of 3

Debtor **American Consumers, Inc. d/b/a Shop-Rite Supermarkets**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mauldin & Jenkins Market Court, Suite 300 537 Market Street Chattanooga, TN 37402-1239 | | | | | | $8,000.00 |
| North GA Electirc Mem. Co. SEDC PO Box 530812 Atlanta, GA 30353-0812 | | Utilities - Tunnel Hill, GA | | | | $7,672.00 |
| City of Dayton 400 Main Street P.O. Box 226 Dayton, TN 37321 | | Utilities - Dayton, TN | | | | $7,033.00 |
| Sunbelt Insurance Group PO Box 22547 Chattanooga, TN 37422 | | | | | | $6,926.00 |
| Golden Flake Snack Foods P.O. Box 830529 MSC 651 Birmingham, AL 35283 | | | | | | $6,832.07 |
| Chickamauga Utilities P. O. Box 69 Chickamauga, GA 30707 | | Utilities - Chickamauga GA | | | | $6,394.16 |
| Chickamauga Telephone P.O. Box 729 Chickamauga, GA 30707-0729 | | Utilities - Chickamauga, GA | | | | $6,394.16 |
| Rome News Media PO Box 449 Marietta, GA 30061 | | | | | | $6,393.69 |
| Campbell Distributing PO Box 2877 Lebanon, TN 37088-2877 | | | | | | $6,011.31 |
| Unifirst Corporation Loc. P.O. Box 730 Rossville, GA 30741 | | | | | | $5,705.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **American Consumers, Inc. d/b/a Shop-Rite Supermarkets**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Crown Produce**<br>**3660 1/2 Ringgold Road**<br>**East Ridge, TN 37412** | | | | | | **$5,404.56** |
| **Krispy Kreme Doughnut CO.**<br>**P.O. Box 752046**<br>**Charlotte, NC 28275-2046** | | | | | | **$5,224.79** |
| **Murfreesboro Pure Milk Co.**<br>**P.O. Box 1526**<br>**Murfreesboro, TN 37133** | | | | | | **$4,837.10** |